SYLVESTER B. HINCKLEY, Appellant, *v.* SCHWARSZCHILD AND SULZBERGER COMPANY et al., Respondents.

*Hinckley* v. *Schwarzschild & Sulzberger Co.,* 107 App. Div. 470, appeal dismissed.

(Submitted September 28, 1908; decided October 6, 1908.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 1, 1905, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action to restrain the defendant from issuing preferred stock.

The motion was made under section 1298 of the Code of Civil Procedure upon the ground that the appellant had died, and that no order of substitution had been made within three months.

*Miller, King, Lane & Trafford* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.